| | |
|---|---|
| <u>DEFENDANT</u>: | ASHLEY DANIELLE BLACKCLOUD, a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud," |
| <u>AGE/YOB</u>: | 40/1984 |
| <u>COMPLAINT FILED?</u> | _____ Yes     ____X___ No |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | ____ Yes     __X__ No |
| <u>OFFENSE(S)</u>: | <u>Count 1</u>: 18 U.S.C. § 371– Conspiracy to commit offense or to defraud United States<br><br><u>Count 2</u>: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of interstate commerce to maliciously convey false information to intimidate someone by means of fire |
| <u>LOCATION OF OFFENSE:</u> | El Paso County, Colorado |
| <u>PENALTY</u>: | <u>Count 1</u>: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.<br><br><u>Count 2</u>: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| <u>AGENT</u>: | Ethan Doherty, SA FBI |
| <u>AUTHORIZED BY:</u> | Bryan D. Fields, Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

  X    five days or less; ___ over five days

<u>THE GOVERNMENT:</u>

  X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.