AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 NOV 15 AM 10:51
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
| v. | ) Case No. 24-cr-320-RMR-3 |
| 3. DEANNA CRYSTAL WEST, a/k/a "Vital Sweetz," a/k/a "Sage West," | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEANNA CRYSTAL WEST, a/k/a "Vital Sweetz," a/k/a "Sage West,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 – Conspiracy to commit offense or to defraud United States

Count 2: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of interstate commerce to maliciously convey false information to intimidate someone by means of fire

Date: 11/06/2024

City and state: Denver, Colorado

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/07/2024, and the person was arrested on *(date)* 11/12/2024
at *(city and state)* Denver, CO.

Date: 11/13/2024

[signature]
*Arresting officer's signature*

Special Agent Ethan Doherty, FBI
*Printed name and title*