IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00320-RMR-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    DEANNA CRYSTAL WEST,

    Defendant.

## NOTICE OF DISPOSITION

Deanna Crystal West, by and through undersigned counsel, Mary V. Butterton, hereby notifies this Court that a disposition has been reached in her case with the government. She respectfully requests that this matter be set for a Change of Plea Hearing on March 11, 2025, at 3:00 pm (the date previously set by the Court in Doc. 62).

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant Deanna West

CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2025, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses and all parties of record:

    Bryan D. Fields, Assistant United States Attorney
    Email: bryan.fields3@usdoj.gov

    Rebecca S. Weber, Assistant United States Attorney
    Email: Rebecca.Weber@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Deanna Crystal West (via U.S. mail)

                                        s/ Mary V. Butterton
                                        MARY V. BUTTERTON
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO 80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        Mary_Butterton@fd.org
                                        Attorney for Defendant Deanna West